**Dismissed and Memorandum Opinion filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-01073-CV

---

## TAMEKA L. BAYLOR, Appellant

## V.

## MULTI FAMILY BRADFORD PLACE, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1039609**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from a judgment signed November 26, 2013. The notice of appeal was filed November 25, 2013. The Harris County Clerk provided a record of the indigency proceedings in which the contest to appellant's affidavit of inability to pay costs was sustained. *See* Tex. R. App. P. 20.1(i). On December 11, 2013, the trial court signed an order requiring appellant to pay the costs of the appeal.

To date, our records show that appellant has not paid the $195.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On December 20, 2013, this court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid within ten days. No response was filed.

The clerk's record was due January 27, 2014, but it has not been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On February 11, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record or filed any response to the court's notice. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.

2